# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| BETHANY MENDEZ, an individual; LINDA LEIGH-DICK, an individual; AUDREY STEWART, an individual; SCOTT CARPENTER, an indivudal, et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> CALIFORNIA TEACHERS ASSOCIATION, a California corporation; NATIONAL EDUCATION ASSOCIATION, a nonprofit corporation, et al. <br><br> *Defendant(s)* | Civil Action No. 3:19-cv-01290-SK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Please see attached.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Mariah Gondeiro | Karin Swiegart | Harmeet Dhillon |
|---|---|---|
| Freedom Foundation | Freedom Foundation | Dhillon Law Group Inc. |
| 50 Redwood Plaza #710 | P.O Box 552 | 177 Post Street, Suite 700 |
| Redwood City, WA 98507 | Olympia, WA 98507 | San Francisco, CA 94108 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Susan Y. Soong*

Date: 3/12/2019

_____ Nudo
*Signature of Clerk or Deputy Clerk*

Civil Action No 3:19-cv-01290-SK

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**CALIFORNIA TEACHERS ASSOCIATION**, a California corporation
1705 Murchison Drive
Burlingame, CA 94010

**NATIONAL EDUCATION ASSOCIATION**, a nonprofit corporation
1201 16th Street, NW
Washington, DC 20036-3290

**FREMONT UNIFIED DISTRICT TEACHERS ASSOCIATION, INC.**, a nonprofit
corporation
39350 Civic Center Drive, Suite 430
Fremont, CA 94538

**VALLEY CENTER-PAUMA TEACHERS ASSOCIATION**
Address Unknown.

**HAYWARD EDUCATION ASSOCIATION-CTA-NEA**, a California corporation
93 Jackson Street
Hayward, CA 94544

**ASSOCIATED CHINO TEACHERS**, a nonprofit corporation
5951 Sycamore Court
Chino, CA 91710

**TUSTIN EDUCATORS ASSOCIATION**, a nonprofit corporation
4940 Irvine Boulevard, Suite 205
Irvine, CA 92620

**KIM WALLACE**, in her official capacity as Fremont Unified School District Superintendent
4210 Technology Drive
Fremont, CA 94538

**RON MCCOWAN**, in his official capacity as Valley Center-Pauma Unified School District;
28751 Cole Grade Road
Valley Center, CA 92082

**MATT WAYNE**, in his official capacity as Hayward Unified School District Superintendent;
24411 Amador Street
Hayward, CA 94544

**GREGORY FRANKLIN**, in his official capacity as Tustin Unified School District
Superintendent;
300 South C Street
Tustin, CA 92780

**NORM ENFIELD**, in his official capacity as Chino Valley Unified School District Superintendent
5130 Riverside Drive
Chino, CA 91710

**XAVIER BECERRA** in his official capacity as Attorney General of California,
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004