1  ALBERT A. ERKEL, JR. (SBN 93793)
   CONOR KENNEDY (SBN 281793)
2  Garcia Hernández Sawhney, LLP
3  2490 Mariner Square Loop, Suite 140
   Alameda, CA 94501
4  Telephone: (510) 695-2802
   Facsimile: (510) 380-7704
5  E-mail:  aerkel@ghslaw.com
            ckennedy@ghslaw.com
6
7  *Counsel for Defendant Matt Wayne*

8  *Additional counsel on following page*

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13  BETHANY MENDEZ, *et al.*,            CASE NO.:  3:19-cv-1290-CRB

14        Plaintiffs,

15        v.                              **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

16  CALIFORNIA TEACHERS ASSOCIATION, *et al.*,

17

18        Defendants.

1  HARMEET K. DHILLON (SBN 207873)
   harmeet@dhillonlaw.com
2  KRISTA L. BAUGHMAN (SBN 264600)
   kbaughman@dhillonlaw.com
3  GREGORY R. MICHAEL (SBN 306814)
   gmichael@dhillonlaw.com
4  DHILLON LAW GROUP INC.
5  177 Post Street, Suite 700
   San Francisco, California 94108
6  Telephone: (415) 433-1700
   Facsimile: (415) 520-6593
7
8  *Counsel for Plaintiffs and the Proposed Class and Subclass*

|   |   |
|---|---|
| 1 | |
| 2 | Pursuant to Northern District Local Civil Rule 6-1(a), by and through their undersigned counsel, Plaintiffs and the Defendant Matt Wayne hereby stipulate and agree that the time within which Defendant Matt Wayne may file and serve his response to the Initial Complaint, Dkt. No. 1, shall be extended to May 28, 2019.  There have been no prior stipulations among these parties extending the deadline. |

SO STIPULATED.

Dated:  May 1, 2019           By: /S/ Krista L. Baughman
                                                  Krista L. Baughman

                                             Attorney for Plaintiffs

Dated:  May 1, 2019           By: /S/ Albert A. Erkel, Jr.
                                                  Albert A. Erkel, Jr.

                                             Attorney for Defendant Matt Wayne

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.