HARMEET K. DHILLON (SBN 207873)
harmeet@dhillonlaw.com
KRISTA L. BAUGHMAN (SBN 264600)
kbaughman@dhillonlaw.com
GREGORY R. MICHAEL (SBN 306814)
gmichael@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

*Counsel for Plaintiffs and the Proposed Class and Subclass*
*(additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETHANY MENDEZ, *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>CALIFORNIA TEACHERS ASSOCIATION, *et al.*,<br><br>                Defendants. | CASE NO.:  3:19-cv-1290-CRB<br><br>**STIPULATION CONCERNING FILING OF FIRST AMENDED COMPLAINT** |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Northern District Local Civil Rule 6-1(a) and Federal Rule of Civil Procedure 15(a), Plaintiffs and Defendants (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed their Complaint in this action on March 11, 2019 (Dkt. 1);

WHEREAS, Defendant Fremont Unified School District Superintendent Kim Wallace filed an Answer to the Complaint on April 12, 2019 (Dkt. 12);

WHEREAS, stipulations in writing have been reached among Defendants California Teachers Association; National Education Association; Fremont Unified District Teachers Association, Inc.; Valley Center-Pauma Teachers Association; Hayward Education Association-CTA-NEA; Tustin Educators Association; Associated Chino Teachers; Hayward Unified School District Superintendent Matt Wayne; Attorney General Xavier Becerra; Valley Center-Pauma Unified School District Superintendent Ron McCowan; Chino Valley Unified School District Superintendent Norm Enfield; and Tustin Unified School District Superintendent Gregory Franklin (collectively, the "Remaining Defendants") and Plaintiffs, that the deadline for the Remaining Defendants to file and serve their respective responses to the Complaint shall be extended to May 28, 2019 (Dkts. 10; 31; 33);

WHEREAS, Plaintiffs have proposed that in order to conserve judicial resources and achieve a consolidated schedule in this case, and pursuant to Fed. R. Civ. P. 15(a), Plaintiffs' deadline to amend their Complaint as a matter of course shall be extended until fourteen (14) days following the deadline for Remaining Defendants to file their respective responses to the Complaint;

WHEREAS, there have been no prior stipulations among these parties extending the deadline to file a First Amended Complaint, nor will this stipulation alter the date of any event or any deadline already fixed by Court order;

THEREFORE, it is hereby stipulated and agreed among counsel for all Parties that Plaintiffs may amend their Complaint as a matter of course by or before June 11, 2019.

SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  May 2, 2019 | By:  /s/ Krista L. Baughman |
| | | Krista L. Baughman (SBN 264600) |
| 3 | | Dhillon Law Group Inc. |
| | | 177 Post Street, Suite 700 |
| 4 | | San Francisco, CA 94108 |
| | | Telehone: (415) 433-1700 |
| 5 | | Facsimile: (415) 520-6593 |
| | | E-mail:  kbaughman@dhillonlaw.com |
| 6 | | *Counsel for Plaintiffs and the* |
| 7 | | *Proposed Class and Subclass* |

Dated:  May 2, 2019            By:  . /s/ Albert A. Erkel
                                     Albert A. Erkel, Jr. (SBN 93793)
                                     Garcia Hernández Sawhney, LLP
                                     2490 Mariner Square Loop, Suite 140
                                     Alameda, CA 94501
                                     Telephone: (510) 695-2802
                                     Facsimile: (510) 380-7704
                                     E-mail:  aerkel@ghslawr.com
                                     *Counsel for Defendant Matt Wayne*

Dated:   May 2, 2019           By:     /s/ Eric P. Brown
                                     Scott A. Kronland (SBN 171693)
                                     Eric P. Brown (SBN 284245)
                                     Altshuler Berzon LLP
                                     177 Post Street, Suite 300
                                     San Francisco, CA 94108
                                     Telephone: (415) 421-7151
                                     Facsimile: (415) 362-8064
                                     E-mail:  skronland@altber.com
                                              ebrown@altber.com
                                     *Counsel for Defendants California Teachers*
                                     *Association, National Education Association,*
                                     *Fremont Unified District Teachers Association,*
                                     *Inc., Valley Center-Pauma Teachers Association,*
                                     *Hayward Education Association-CTA-NEW,*
                                     *Tustin Educators Association and Associated*
                                     *Chino Teachers*

Dated: May 2, 2019             By:    /s/ Matthew Wise
                                     R. Matthew Wise (SBN 238485)
                                     Deputy Attorney General
                                     California Department of Justice
                                     1300 I Street
                                     Sacramento, CA 94244
                                     Telephone: (916) 210-6046

2

STIPULATION RE: FILING FIRST AMENDED COMPLAINT, No. 3:19-cv-1290-CRB

|   |   |   |
|---|---|---|
| 1 |   | Facsimile: (916) 324-8835 |
|   |   | E-mail: matthew.wise@doj.ca.gov |
| 2 |   | *Counsel for Defendant Attorney General* |
| 3 |   | *Xavier Becerra* |

Dated: May 2, 2019                    By:   /s/ Daniel Shinoff  
                                                          Daniel Shinoff (SBN 99129)  
                                                          Artiano Shinoff APC  
                                                          2488 Historic Decatur Rd, Suite 200  
                                                          San Diego, CA 92106  
                                                          Telephone: (619) 232-3122  
                                                          Facsimile: (619) 232-3264  
                                                          E-mail: dshinoff@as7law.com  
                                                          *Counsel for Defendant Valley Center-Pauma*  
                                                          *Unified School District Superintendent*  
                                                          *Ron McCowan*

Dated: May 2, 2019                    By:   /s/ Kathleen Darmagnac  
                                                          Kathleen Darmagnac (SBN 150843)  
                                                          Leone & Alberts, A Professional Corporation  
                                                          2175 N. California Blvd., Suite 900  
                                                          Walnut Creek, CA 94596  
                                                          Telephone: (925) 974-8600  
                                                          Facsimile: (925) 974-8601  
                                                          Email: kdarmagnac@leonealberts.com  
                                                          *Counsel for Defendant Fremont Unified School*  
                                                          *District Superintendent Kim Wallace*

Dated: May 2, 2019                    By:   /s/ Mark R. Bresee  
                                                          Mark R. Bresee (SBN 167346)  
                                                          Atkinson, Andelson, Loya, Rudd & Romo APC  
                                                          A Professional Corporation  
                                                          4275 Executive Square, Suite 700  
                                                          La Jolla, California 92037-1477  
                                                          Telephone: (858) 485-9526  
                                                          Facsimilie: (858) 485-9412  
                                                          Email: MBresee@aalrr.com  
                                                          *Counsel for Defendants Chino Valley Unified*  
                                                          *School District Superintendent Norm Enfield and*  
                                                          *Tustin Unified School District Superintendent*  
                                                          *Gregory Franklin*

**SIGNATURE ATTESTATION**

Pursuant to Local Civil Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: May 2, 2019                              By:  /s/ Krista L. Baughman
                                                         Krista L. Baughman (SBN 264600)