ALBERT A. ERKEL, JR. (SBN 93793)
CONOR KENNEDY (SBN 281793)
Garcia Hernández Sawhney, LLP
2490 Mariner Square Loop, Suite 140
Alameda, CA 94501
Telephone: (510) 695-2802
Facsimile: (510) 380-7704
E-mail: aerkel@ghslaw.com
　　　　ckennedy@ghslaw.com

*Counsel for Defendant Matt Wayne*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETHANY MENDEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA TEACHERS ASSOCIATION, *et al.*, <br><br> Defendants. | CASE NO.: 3:19-cv-01290-CRB <br><br> **NOTICE OF APPEARANCE OF ALBERT A. ERKEL AND CONOR KENNEDY AS COUNSEL FOR DEFENDANT MATT WAYNE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

I, ALBERT A. ERKEL, of Garcia Hernandez Sawhney, LLP hereby enter my appearance as lead counsel of record for Defendant MATT WAYNE in this matter, and that attorney Conor Kennedy of Garcia Hernandez Sawhney, LLP hereby enters his appearance as counsel for Defendant MATT WAYNE.

Appearing counsel request that all papers in this action be served upon the undersigned at the address below.

Albert A. Erkel
Garcia Hernández Sawhney, LLP
330 N. Brand Blvd., Suite 680
Glendale, CA 91203
Phone: (510) 695-2802
Fax: (510) 380-7704
Email: AErkel@ghslaw.com

Conor Kennedy
Garcia Hernandez Sawhney, LLP
2490 Mariner Square Loop, Suite 140
Alameda, CA 94501
Phone: (510) 695-2802
Fax: (510) 380-7704
Email: CKennedy@ghslaw.com

Albert A. Erkel is licensed to practice law in the State of California, is a member in good standing of the California State bar and is admitted to practice before the United States District Court of the Northern District of California.

Conor Kennedy is licensed to practice law in the State of California, is a member in good standing of the California State bar and is admitted to practice before the United States District Court of the Northern District of California.

Dated: May 2, 2019

GARCIA HERNANDEZ SAWHNEY, LLP
By: /S/ Albert A. Erkel, Jr.
    Albert A. Erkel, Jr.

GARCIA HERNANDEZ SAWHNEY, LLP
By: /S/ Conor Kennedy
    Conor Kennedy

Attorneys for Defendant Matt Wayne

---

1
NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT MATT WAYNE