# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s)<br><br>v.<br><br>Defendant(s) | Case No. C<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

  (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

  (2) Discussed the available dispute resolution options provided by the Court and private entities; and

  (3) Considered whether this case might benefit from any of the available dispute resolution options.

Date:        Signed: _____
                                                Party

Date:        Signed: _____
                                              Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 11-2016*

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Mendez, Bethany, et al. v. California Teachers Association, et al.** | No. | **3:19-cv-01290-SK** |

I hereby certify that on <u>May 20, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>May 20, 2019</u>, at Sacramento, California.

| | |
|---|---|
| Tracie L. Campbell | */s/  Tracie Campbell* |
| Declarant | Signature |

SA2019101540
13749935.docx