HARMEET K. DHILLON (SBN 207873)
harmeet@dhillonlaw.com
KRISTA L. BAUGHMAN (SBN 264600)
kbaughman@dhillonlaw.com
GREGORY R. MICHAEL (SBN 306814)
gmichael@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

*Counsel for Plaintiffs and the Proposed Class and Subclass*
*(additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETHANY MENDEZ, *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>CALIFORNIA TEACHERS ASSOCIATION, *et al.*,<br><br>                Defendants. | CASE NO.: 4:19-cv-1290-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING DEFENDANT ATTORNEY GENERAL XAVIER BECERRA'S MOTION TO DISMISS** |

1  TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that pursuant to Northern District Local Civil Rule 6 and this

3  Court's Standing Order in Civil Cases, paragraph 3, Plaintiffs and Defendant Attorney General

4  Xavier Becerra (collectively, the "Parties"), by and through their undersigned counsel, hereby

5  stipulate and agree as follows:

6  WHEREAS, on March 11, 2019, Plaintiffs filed their initial Complaint (Dkt. 1);

7  WHEREAS, on April 10, 2019, the Parties stipulated to an extension of Defendant

8  Attorney General Xavier Becerra's time to file and serve his response to the Complaint, to May

9  28, 2019 (Dkt. 10), and similar stipulations were reached with the remaining Defendants in this

10 case (Dkts. 31, 33);

11 WHEREAS, on May 2, 2019, counsel for all parties to this case stipulated that, in order to

12 conserve judicial resources and achieve a consolidated schedule in this case, and pursuant to

13 Federal Rule of Civil Procedure 15(a), Plaintiffs' deadline to amend their Complaint as a matter

14 of course was extended until June 11, 2019 (Dkt. 34);

15 WHEREAS, on May 28, 2019, Defendant Attorney General Xavier Becerra filed a Motion

16 to Dismiss the Complaint (Dkt. 42), and that motion is scheduled for a hearing in this Court on

17 July 30, 2019 at 2:00 p.m.;

18 WHEREAS, all Defendants in this action, other than Defendant Attorney General Xavier

19 Becerra, have answered the Complaint, and there are no other Rule 12 motions pending;

20 WHEREAS, Plaintiffs intend to file a First Amended Complaint ("FAC") on June 11,

21 2019, pursuant to the stipulation filed at Dkt. 34;

22 WHEREAS, the Parties anticipate that following the filing of the FAC and the opportunity

23 to review same, Defendant Attorney General Xavier Becerra will take off calendar his pending

24 Motion to Dismiss the Complaint (Dkt. 42), and will then file a Motion to Dismiss the FAC;

25 WHEREAS, to avoid the waste of resources that would arise from Plaintiffs' filing a

26 response to a pleading that the Parties anticipate will become moot (e.g. Motion to Dismiss the

27 Complaint), the Parties agree to continue Plaintiffs' deadline to file a response to the Motion to

28 Dismiss the Complaint to June 26, 2019. The Parties further agree to continue Defendant

Attorney General Xavier Becerra's deadline to file a reply to July 3, 2019. For the reasons discussed herein, the Parties anticipate that the briefing deadlines in connection with the Motion to Dismiss the Complaint will be rendered moot, but nonetheless enter into this stipulation to satisfy this Court's Local Rules (*see* Rule 6);

WHEREAS, the Parties wish to avoid disruption to the Court's schedule by keeping the hearing date currently scheduled for July 30, 2019, at which the anticipated Motion to Dismiss the FAC could be heard, on a normal briefing schedule;

NOW THEREFORE, the Parties hereby stipulate, through their undersigned counsel, to the following:

- Upon the filing and service of Plaintiffs' FAC, Defendant Attorney General Xavier Becerra shall take his Motion to Dismiss the Complaint off calendar, no later than June 14, 2019;

- Defendant Attorney General Xavier Becerra shall file a response to the FAC on or before Tuesday, June 25, 2019; any Motion to Dismiss the FAC shall be noticed for July 30, 2019, with a regular briefing schedule flowing backwards from that date;

- The deadline for Plaintiffs to file a response to the Motion to Dismiss the Complaint is continued to Wednesday, June 26, 2019, and the deadline for Defendant Attorney General Xavier Becerra to file a Reply is continued to July 3, 2019, with the understanding that both of these deadlines will become moot by virtue of the Motion to Dismiss the Complaint being taken off calendar upon the filing of the FAC.

IT IS SO STIPULATED.

Dated: June 7, 2019          By:   /s/ Krista L. Baughman
                                   Krista L. Baughman
                                   *Attorney for Plaintiffs*

Dated: June 7, 2019          By:   /s/ R. Matthew Wise
                                   R. Matthew Wise (SBN 238485)
                                   Deputy Attorney General
                                   *Counsel for Defendant Attorney General*
                                   *Xavier Becerra*

**SIGNATURE ATTESTATION**

Pursuant to Local Civil Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated:  June 7, 2019                             By:   /s/ Krista L. Baughman
                                                                Krista L. Baughman (SBN 264600)

**DECLARATION**

Pursuant to Local Rule 6-2, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  June 7, 2019                             By:   /s/ Krista L. Baughman
                                                                Krista L. Baughman (SBN 264600)

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that:

- Upon the filing and service of Plaintiffs' FAC, Defendant Attorney General Xavier Becerra shall take his Motion to Dismiss the Complaint off calendar, no later than June 14, 2019;

- Defendant Attorney General Xavier Becerra shall file a response to the FAC on or before Tuesday, June 25, 2019; any Motion to Dismiss the FAC shall be noticed for July 30, 2019, with a regular briefing schedule flowing backwards from that date;

- The deadline for Plaintiffs to file a response to the Motion to Dismiss the Complaint is continued to Wednesday, June 26, 2019, and the deadline for Defendant Attorney General Xavier Becerra to file a Reply is continued to July 3, 2019, with the understanding that both of these deadlines will become moot by virtue of the Motion to Dismiss the Complaint being taken off calendar upon the filing of the FAC.

Date:  _____                    _____
                                                                HON. YVONNE GONZALEZ ROGERS
                                                                United States District Judge