SCOTT A. KRONLAND (SBN 171693)
MATTHEW J. MURRAY (SBN 271461)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail:  skronland@altber.com
         mmurray@altber.com

*Counsel for Defendants California Teachers
Association, National Education Association,
Fremont Unified District Teachers Association,
Inc., Valley Center-Pauma Teachers Association,
Hayward Education Association-CTA-NEA, Tustin
Educators Association, and Associated Chino
Teachers*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETHANY MENDEZ, *et al.,* | **CASE NO.:  4:19-cv-01290-YGR** |
| Plaintiffs, | **DECLARATION OF WEI PAN** |
| v. | |
| CALIFORNIA TEACHERS ASSOCIATION, *et al.,* | |
| Defendants. | |

**DECLARATION OF WEI PAN**

I, Wei Pan, declare as follows:

     1.    I am the Associate Executive Director and Controller of California Teachers Association ("CTA"), one of the defendants in this case.  I have been employed by CTA since April 2004 and have served as CTA's Associate Executive Director and Controller since February 2018.  I am the senior manager overseeing CTA's membership department, and I have personal knowledge of CTA's membership policies and records.  If called upon to testify I would testify truthfully and of my own knowledge to the following facts, based on CTA's membership records.

     2.    By a Membership Commitment Card document signed and dated May 9, 2018, Plaintiff **Audrey Stewart** agreed to become a member of CTA, the National Education Association (NEA), and her Local Chapter (Hayward Education Association (HEA)), and also to pay union dues and to request that her employer, the Hayward Unified School District, deduct those dues from her paycheck and transmit them to CTA or its designated agent.  A true and correct copy of the document she signed is attached to this declaration as **Exhibit A**.  Personal contact information and social security number(s) have been redacted on Exhibit A and all other exhibits attached to this declaration.

     3.    Ms. Stewart resigned her membership in HEA, CTA, and NEA in December 2018.  HEA, CTA, and NEA consider her membership to have terminated as of the date of her request.  She is no longer a member of HEA, CTA, or NEA.

     4.    Because Ms. Stewart signed her membership and dues authorization agreement on May 9, 2018, Ms. Stewart's 30-day dues authorization revocation period began on March 10, 2019 (60 days before her annual membership anniversary date).  HEA accepted the allegations in her complaint in this case, served on HEA on March 29, 2019, as her written revocation of her dues deduction authorization.  Her revocation was implemented, and dues deductions ended, as of March 29, 2019.  No dues will be deducted from Ms. Stewart's pay going forward unless she affirmatively authorizes further deductions.

     5.    On April 4, 2019, HEA President Mercedes Faraj sent a letter to Ms. Stewart regarding her resignation and the end of her dues deductions.  A true and correct copy of that letter

1    is attached to this declaration as **Exhibit B**.

2         6.      By a Membership Commitment Card document signed and dated May 14, 2018,

3    Plaintiff **Linda Leigh Dick** (aka Linda Dick) agreed to become a member of CTA, NEA, and her

4    Local Chapter (Valley Center-Pauma Teachers Association (VCPTA)), and also to pay union dues

5    and to request that her employer, the Valley Center-Pauma Unified School District, deduct those

6    dues from her paycheck and transmit them to CTA or its designated agent.  A true and correct copy

7    of the document she signed is attached to this declaration as **Exhibit C**.

8         7.      Ms. Leigh Dick resigned her membership in VCPTA, CTA, and NEA in December

9    2018.  VCPTA, CTA, and NEA consider her membership to have terminated as of the date of her

10   request.  She is no longer a member of VCPTA, CTA, or NEA.

11        8.      Because Ms. Leigh Dick signed her membership and dues authorization agreement

12   on May 14, 2018, Ms. Leigh Dick's 30-day dues authorization revocation period began on March

13   15, 2019 (60 days before her annual membership anniversary date).  VCPTA accepted the

14   allegations in her complaint in this case, served on VCPTA on March 26, 2019, as her written

15   revocation of her dues deduction authorization.  Her revocation was implemented, and dues

16   deductions ended, as of March 28, 2019.  No dues will be deducted from Ms. Leigh Dick's pay

17   going forward unless she affirmatively authorizes further deductions.

18        9.      On April 5, 2019, VCPTA Acting President Susie Knoll sent a letter to Ms. Leigh

19   Dick regarding her resignation and the end of her dues deductions.  A true and correct copy of that

20   letter is attached to this declaration as **Exhibit D**.

21        10.     By a Membership Commitment Card document signed and dated June 4, 2018,

22   Plaintiff **Bethany Mendez** (aka Bethany Van Alstine) agreed to become a member of CTA, NEA,

23   and her Local Chapter (Fremont Unified District Teachers Association (FUDTA)), and also to pay

24   union dues and to request that her employer, the Fremont Unified School District, deduct those

25   dues from her paycheck and transmit them to CTA or its designated agent.  A true and correct copy

26   of the document she signed is attached to this declaration as **Exhibit E**.

27        11.     Ms. Mendez resigned her membership in FUDTA, CTA, and NEA in October 2018.

28   FUDTA, CTA, and NEA consider her membership to have terminated as of the date of her request.

1    She is no longer a member of FUDTA, CTA, or NEA.

2        12.     Because Ms. Mendez signed her membership and dues authorization agreement on

3    June 4, 2018, Ms. Mendez's 30-day dues authorization revocation period began on April 5, 2019

4    (60 days before her annual membership anniversary date).  FUDTA accepted the allegations in her

5    complaint in this case, received by FUDTA on March 28, 2019, as her written revocation of her

6    dues deduction authorization.  Her revocation was implemented, and dues deductions ended, as of

7    April 5, 2019.  No dues will be deducted from Ms. Mendez's pay going forward unless she

8    affirmatively authorizes further deductions.

9        13.     On April 4, 2019, FUDTA President Victoria Birbeck-Herrera sent a letter to Ms.

10   Mendez regarding her resignation and the end of her dues deductions.  A true and correct copy of

11   that letter is attached to this declaration as **Exhibit F**.

12       14.     By a Membership Enrollment Form K – 12 document signed and dated June 19,

13   2018, Plaintiff **Angela Williams** agreed to become a member of CTA, NEA, and her Local

14   Association (Associated Chino Teachers (ACT)), and also to pay union dues and to request that her

15   employer, the Chino Valley Unified School District, deduct those dues from her paycheck and

16   transmit them to CTA or its designated agent.  A true and correct copy of the document she signed

17   is attached to this declaration as **Exhibit G**.

18       15.     Ms. Williams resigned her membership in ACT, CTA, and NEA by letter dated

19   August 13, 2018.  CTA processed that resignation in August 2018 and she is no longer a member

20   of ACT, CTA, or NEA.

21       16.     Because Ms. Williams signed her membership and dues authorization agreement on

22   June 19, 2018, Ms. Williams' 30-day dues authorization revocation period began on April 20, 2019

23   (60 days before her annual membership anniversary date).  ACT accepted the allegations in her

24   complaint in this case as her written revocation of her dues deduction authorization.  Her

25   revocation of dues deduction was implemented, and dues deductions ended, as of April 20, 2019.

26   No dues will be deducted from Ms. Williams' pay going forward unless she affirmatively

27   authorizes further deductions.

28       17.     On April 4, 2019, ACT President Brenda Walker sent a letter to Ms. Williams

1   regarding her resignation and the end of her dues deductions.  A true and correct copy of that letter

2   is attached to this declaration as **Exhibit H**.

3         18.     By a Membership Commitment Card document signed and dated August 28, 2018,

4   Plaintiff **Jennifer Gribben** agreed to become a member of CTA, NEA, and her Local Chapter

5   (FUDTA), and also to pay union dues and to request that her employer, the Fremont Unified

6   School District, deduct those dues from her paycheck and transmit them to CTA or its designated

7   agent.  A true and correct copy of the document she signed is attached to this declaration as

8   **Exhibit I**.

9         19.     Ms. Gribben resigned her membership in FUDTA, CTA, and NEA in March 2019.

10   FUDTA, CTA, and NEA consider her membership to have terminated as of the date of her request.

11   She is no longer a member of FUDTA, CTA, or NEA.

12         20.     Because Ms. Gribben signed her membership and dues authorization agreement on

13   August 28, 2018, Ms. Gribben's 30-day dues authorization revocation period began on June 30,

14   2019 (60 days before her annual membership anniversary date).  FUDTA accepted the allegations

15   in her complaint in this case, received by FUDTA on June 14, 2019, as her written revocation of

16   her dues deduction authorization.  Her revocation was implemented, and dues deductions ended, as

17   of June 30, 2019.  No dues will be deducted from Ms. Gribben's pay going forward unless she

18   affirmatively authorizes further deductions.

19         21.     On June 25, 2019, FUDTA President Victoria Birbeck-Herrera sent a letter to Ms.

20   Gribben regarding her resignation and the end of her dues deductions.  A true and correct copy of

21   that letter is attached to this declaration as **Exhibit J**.

22         22.     By a Membership Commitment Card document signed and dated September 26,

23   2018, Plaintiff **Scott Carpenter** agreed to become a member of CTA, NEA, and his Local Chapter

24   (Tustin Educators Association (TEA)), and also to pay union dues and to request that his employer,

25   the Tustin Unified School District, deduct those dues from his paycheck and transmit them to CTA

26   or its designated agent.  A true and correct copy of the document she signed is attached to this

27   declaration as **Exhibit K**.

28         23.     Mr. Carpenter resigned his membership in TEA, CTA, and NEA by letter dated

1   November 1, 2018.  CTA honored that resignation.  In a November 8, 2018 reply letter, Mr.

2   Carpenter was notified that he is no longer a member of TEA, CTA, or NEA.

3       24.    Because Mr. Carpenter signed his membership and dues authorization agreement on

4   September 26, 2018, Mr. Carpenter's 30-day dues authorization revocation period began on July

5   30, 2019 (60 days before his annual membership anniversary date).  TEA accepted the allegations

6   in his complaint in this case, received by TEA on March 26, 2019, as his written revocation of his

7   dues deduction authorization.  His revocation will be implemented, and dues deductions will end,

8   as of July 30, 2019.  No dues will be deducted from Mr. Carpenter's pay in payroll processing

9   cycles beginning after that date unless he affirmatively authorizes further deductions.

10       25.    On April 4, 2019, TEA President Roger Kavigan sent a letter to Mr. Carpenter

11   regarding his resignation and the end of his dues deductions.  A true and correct copy of that letter

12   is attached to this declaration as **Exhibit L**.

13       26.    By a Membership Commitment Card document signed and dated October 12, 2018,

14   Plaintiff **Stephanie Christie** (aka Stephanie Randazzo) agreed to become a member of CTA,

15   NEA, and her Local Chapter (FUDTA), and also to pay union dues and to request that her

16   employer, the Fremont Unified School District, deduct those dues from her paycheck and transmit

17   them to CTA or its designated agent.  A true and correct copy of the document she signed is

18   attached to this declaration as **Exhibit M**.

19       27.    Ms. Christie resigned her membership in FUDTA, CTA, and NEA in March 2019.

20   FUDTA, CTA, and NEA consider her membership to have terminated as of the date of her request.

21   She is no longer a member of FUDTA, CTA, or NEA.

22       28.    Because Ms. Christie signed her membership and dues authorization agreement on

23   October 12, 2018, Ms. Christie's 30-day dues authorization revocation period will begin on August

24   14, 2019 (60 days before her annual membership anniversary date).  FUDTA accepted the

25   allegations in her complaint in this case, received by FUDTA on June 14, 2019, as her written

26   revocation of her dues deduction authorization.  Her revocation will be implemented, and dues

27   deductions will end, as of September 2019.  No dues will be deducted from Ms. Christie's pay in

28   payroll processing cycles beginning after that date unless she affirmatively authorizes further

1    deductions.

2        29.    On June 25, 2019, FUDTA President Victoria Birbeck-Herrera sent a letter to Ms.

3    Christie regarding her resignation and the end of her dues deductions.  A true and correct copy of

4    that letter is attached to this declaration as **Exhibit N**.

5

6        I declare under penalty of perjury under the laws of the United States that the foregoing is

7    true and correct.  Executed on July _8_, 2019, in _Burlingame_, California.

8

9                                          _____

10                                         WEI PAN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28