EXHIBIT D



**VCPTA**
VALLEY CENTER - PAUMA
TEACHERS ASSOCIATION

April 5, 2019

***Via e-mail and U.S. Mail***

████████████

Linda Leigh Dick

████████████

    Re:    *Valley Center-Pauma Teachers Association (VCPTA)*
*Membership Resignation and Dues Deduction Authorization Revocation*

Dear Ms. Leigh-Dick,

    We write to clarify the Association's prior responses to your December 20, 2018 request to VCPTA to resign your union membership, and to provide you notice of VCPTA's processing of your request to revoke your dues deduction authorization.

    In December 2018, VCPTA staff or leaders may have inadvertently communicated to you that membership resignations may only occur during an annual revocation period. We apologize for any misunderstanding that might have occurred on that point, as VCPTA's (and CTA's and NEA's) official policy is to honor membership resignations at any time after written notice to VCPTA and a reasonable administrative processing period. So, VCPTA considers your membership, including all membership rights and benefits, to have terminated as of the date of your request to CTA. You are no longer a member of VCPTA or of our state and national affiliates, CTA and NEA.

    In December 2018, you also requested to immediately stop any VCPTA/CTA/NEA dues deductions. However, as VCPTA discussed with you at that time, you committed to continuing dues deduction for an annual period when you voluntarily signed a dues commitment card with VCPTA/CTA/NEA on May 14, 2018. A copy is attached. This dues agreement sets forth your personal commitment to join your colleagues in supporting the work of your union on behalf of all bargaining unit members, regardless of union membership status. In the agreement, you committed to pay dues for at least a one-year period, which commitment can be revoked "by sending written notice to CTA membership Services not less than thirty (30) days and not more than sixty (60) days before the annual anniversary date of this agreement; my employment with the employer ends; or as otherwise required by law." Based on these terms, we properly continued to deduct dues from December 2018 until the present.

Since you signed the agreement on May 14, 2018, your 30-day dues authorization revocation window period began on March 15, 2019 (60 days before your annual membership anniversary date). At this time, we accept your allegations in your recent court complaint, served on VPCTA

on March 26, 2018, as a written revocation of your dues deduction authorization within the window period. Your revocation of dues authorization shall be effective March 28, 2019, and therefore you will no longer pay dues in the payroll processing period immediately following the effective date.

Please feel free to contact me with any further questions. I am truly sorry that you have resigned your membership in the Association. I believe that we are best able to improve student learning conditions and our working conditions by uniting as educators and exercising our rights to act collectively.

Sincerely,

Susie Knoll
Acting President, Valley Center- Pauma TA

cc:   Kate Phillips, CTA Regional UniServ Staff

Enclosure: Membership Card