# EXHIBIT L



April 4, 2019

*Via e-mail and U.S. Mail*

███████████████

Scott J. Carpenter

███████████████

      Re:    *Tustin Educators Association (TEA)*
              *Membership Resignation and Dues Deduction Authorization Revocation*

Dear Mr. Carpenter,

      We write to reconfirm that you resigned your membership by letter dated November 1, 2018, and that CTA honored your resignation. In a November 8, 2018 reply letter, you were notified that you are no longer a member of TEA, or of our state and national affiliates, CTA and NEA.

      We also write to provide notice of TEA's processing of your November 1, 2018 request to revoke your dues deduction authorization. As TEA discussed with you at that time, you committed to continuing dues deduction for an annual period when you voluntarily signed a dues commitment card with TEA/CTA/NEA on September 26, 2018. A copy is attached. This dues agreement sets forth your personal commitment to join your colleagues in supporting the work of your union on behalf of all bargaining unit members, regardless of union membership status. In the agreement, you committed to pay dues for at least a one-year period, which commitment can be revoked "by sending written notice to CTA Membership Services not less than thirty (30) days and not more than sixty (60) days before the annual anniversary date of this agreement; my employment with the employer ends; or as otherwise required by law." Based on these terms, we properly continued to deduct dues from November 2018 until the present.

      Since you signed the agreement on September 26, 2018, your 30-day dues authorization revocation window period begins on July 30, 2019 (60 days before your annual membership anniversary date). At this time, we will accept your allegations in your recent court complaint, received by TEA on March 26, 2019, as a written revocation of your dues deduction authorization. Your revocation of dues authorization shall be effective July 30, 2019, the first date of your window period, and therefore you will no longer pay dues in the payroll processing cycle immediately following the effective date.



4940 Irvine Boulevard, Suite 205 ♦ Irvine, CA 92620-7916 ♦ 714-505-6365 ♦ Fax 714-505-6370 ♦ www.TustinEA.org

April 4, 2019
Scott J. Carpenter
Page 2


      Please feel free to contact me with any further questions. I am truly sorry that you have resigned your membership in the Association. I believe that we are best able to improve student learning conditions and our working conditions by uniting as educators and exercising our rights to act collectively.


Sincerely,

*[signature]*

Roger Kavigan
President, Tustin EA

cc:     Laurie Atkinson, CTA Regional UniServ Staff

Enclosure: Membership Card