AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern            **District of**            California

| | |
|---|---|
| Mendez et al<br>Plaintiff (s),<br>V.<br>California Teachers Association et al<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 4:19-cv-01290   YGR |

Notice is hereby given that, subject to approval by the court, __Defendant Superintendent Matt Wayne__ substitutes
(Party (s) Name)

__Glenn Rothner__, State Bar No. __67353__ as counsel of record in
(Name of New Attorney)

place of __Garcia Hernandez Sawhney, LLP (Al A. Erkel, Conor Kennedy)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Rothner, Segall & Greenstone |
| Address: | 510 South Marengo Avenue, Pasadena, CA 91101 |
| Telephone: | (626) 796-7555         Facsimile  (626) 577-0124 |
| E-Mail (Optional): | grotherner@rsglabor.com |

I consent to the above substitution.

Date:  7/9/2019         /s/ Dr. Matt Wayne
(Signature of Party (s))

I consent to being substituted.

Date:  7/9/2019         /s/ Albert A. Erkel, Jr., Esq.
        /s/ Conor Kennedy, Esq.
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  7/9/2019         /s/ Glenn Rothner, Esq.
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  July 10, 2019         _[signature]_
United States District   Judge   Yvonne Gonzalez Rogers

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

**SIGNATURE ATTESTATION**

    Pursuant to Local Civil Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: July 9, 2019                       GARCIA HERNANDEZ SAWHNEY, LLP

                                         By: /S/ Albert A. Erkel Jr.
                                                Albert A Erkel, Jr.
                                                Conor Kennedy
                                                Attorneys for Defendant
                                                Superintendent Dr. Matt Wayne