# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BETHANY MENDEZ, ET AL.,**  Plaintiffs, vs. **CALIFORNIA TEACHERS ASSOCIATION, ET AL.,**  Defendants. | CASE NO. 19-cv-01290-YGR  **ORDER VACATING HEARING**  Re: Dkt. Nos. 83, 84, 88 |

Hearing on the pending motions to dismiss (Dkt. Nos. 83, 84, and 88), currently set for September 17, 2019, is **VACATED**.

Should the Court determine that oral argument is necessary, a new hearing date will be set by further notice from the Court.

**IT IS SO ORDERED.**

Dated: September 11, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**