HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
KRISTA L. BAUGHMAN (SBN: 264600)
kbaughman@dhillonlaw.com
GREGORY R. MICHAEL (SBN: 306814)
gmichael@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Mariah Gondeiro, Cal Bar No. 323683
Email: mgondeiro@freedomfoundation.com
Karin Sweigart, Cal Bar No. 247462
Email: ksweigart@freedomfoundation.com
FREEDOM FOUNDATION
PO Box 552
Olympia, WA  98507
Telephone: (360) 956-3482
Facsimile: (360) 352-1874

*Counsel for Plaintiffs and the Proposed Class and Subclass*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BETHANY MENDEZ,** et al., | Case Number: 4:19-cv-1290-YGR |
| Plaintiffs, | **[PROPOSED] JUDGMENT** |
| v. | |
| **CALIFORNIA TEACHERS ASSOCIATION, et al**., | |
| Defendants. | |

1

1

2          IT IS ORDERED AND ADJUDGED that in accordance with the Court's January 16, 2020,

3     Order Granting Motions to Dismiss (Dkt. 107) and the Court's January 28, 2020, Order Granting

4     Stipulation (Dkt. 109), judgment is hereby entered in this case in favor of all Defendants and against

5     all Plaintiffs.

6

7

8     Date:   February 3, 2020

9

10

11                                                    By: _____

12                                                         Hon. Yvonne Gonzalez Rogers
                                                          Judge, United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2