| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JAN 14 2021<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| BETHANY MENDEZ; et al.,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>CALIFORNIA TEACHERS ASSOCIATION; et al.,<br><br>        Defendants-Appellees. | No.   20-15394<br><br>D.C. No. 4:19-cv-01290-YGR<br>Northern District of California, Oakland<br><br>ORDER |

Appellees' request (included in the status report at Docket Entry No. 21) to reset the briefing schedule is granted.

The stay of appellate proceedings is lifted.

The transcript is now due February 16, 2021.

The opening brief is due March 29, 2021. The answering brief is due April 28, 2021. The optional reply brief is due within 21 days after service of the answering brief.

The Clerk will provide a copy of this order to the court reporter at the district court.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT

By: Sofia Salazar-Rubio
Deputy Clerk
Ninth Circuit Rule 27-7

SSR/Pro Mo